UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL CARRILLO-LOPEZ,<br><br>Defendant. | CASE NO.: 18-CR-0220-JLS<br><br>ORDER TO CONTINUE SENTENCING HEARING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Carrillo-Lopez' Sentencing Hearing currently scheduled for June 8, 2018, at 9:00 a.m. be rescheduled to **July 20, 2018 at 10:30 a.m.**

**SO ORDERED.**

Dated: June 5, 2018

Hon. Janis L. Sammartino
United States District Judge